# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: 00-4188-BSS

FILED by _____ D.C.

JUL 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __MOTLAQ JABER__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

[signature: Barry Seltzer]
Signature of Issuing Officer

Bail fixed at $ PRE TRIAL DETENTION

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

July 29, 2000
~~AUGUST 1, 2000~~, FORT LAUDERDALE, FLORIDA
Date and Location

by [signature] BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

FILED by _____ D.C.

JUL 3 1 2000

CASE NUMBER: 00-4189-BSS

CLENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **AHMAD AL MASRI** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY S. SELTZER
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ PRE TRIAL DETENTION

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

JULY 31, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954) 489-1730

# *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

**WARRANT FOR ARREST**

CASE NUMBER: $00$-$4190$-BSS

FILED by _____ D.C.

JUL 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____NABIL AQUIL_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846 •

BARRY SELTZER
~~CLARENCE MADDOX~~
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Title of Issuing Officer

Signature of Issuing Officer

July 30,
~~AUGUST~~, 2000, FORT LAUDERDALE, FLORIDA - B:30
Date and Location

BSS
Bail fixed at $PRE TRIAL DETENTION

by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |