# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**　DATE: 08/16/2000　TIME: 9:30 AM

DEFT. AHMAD ALMASRI (SURR) ✓
(ARABIC INTERP. ORD'D-8/8/00)

CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. LAURENCE BARDFELD

ATTY. MARK NeJame (Perm)

AGENT. DEA

VIOL. 21:841(d)(2), 846

PROCEEDING INITIAL HEARING

BOND. $50,000 10% CASH BOND SET IN M/D OF FLORIDA-TAMPA

DISPOSITION

Deft present with counsel - Sworn / Heard
Notice of permanent appearance filed
Court questions conflict issues
Parties appear side bar
New counsel to be retained for this deft.
Initial reset to Thursday, 8-24-00 @
9:30 AM before Judge Vitunac

DATE: 8-16-00

TAPE: AEV 00-56-832