RECEIVED & FILED IN OPEN COURT
on _8-16-00_ AT
_____ (ltd) __, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _00-6211-Cr-Hurley/Vitunac_

UNITED STATES OF AMERICA

VS.

_AHMAD ACMARI_,

**NOTICE OF PERMANENT APPEARANCE OF COUNSEL OF RECORD**

TRIAL **ONLY**: ✓

TRIAL **AND APPEAL**: ___

COMES NOW _MARK E. NEJAME_ and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: _8-16-00_     BAR NO. _0310931_

ATTORNEY: (Print Name) _MARK E. NEJAME_

SIGNATURE: _Mark E. N___

ADDRESS: _1. S. ORANGE AVE. S-1730_

CITY: _Orlando_    STATE: _FL_    ZIP CODE: _32801_

TELEPHONE NO. _407-245-1232_

The undersigned defendant hereby consents to the representation by the above counsel.

permcsl.not