CASE NUMBER ___00-6211-CR-HURLEY/VITUNAC___

# INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE ___ARABIC___

DEFENDANT(S) ___AHMAD ALMASRI___

_____

_____

_____

c: Court Interpreter Supervisor

