# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA
    Plaintiff,

VS.

AHMAD ALMASRI   (B)
    (Deft. required)
      Defendant.

**NOTICE**

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC

TYPE OF CASE:

( ) **CIVIL**  (XX) **CRIMINAL**

(XX) **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | COURTROOM #3   (4TH FLOOR) |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | THURSDAY, 11-2-00 @ 10:00 AM |

TYPE OF PROCEEDING:

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

( ) **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

__OCTOBER 27, 2000__
DATE

(BY) DEPUTY CLERK

TO: MARK NEJAME, ESQUIRE
    UNITED STATES ATTORNEY (LAURENCE BARDFELD)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE