UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

00-6211-CR- Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AHMED ALSMASRI,

    Defendant.
_____/

FILED by _____ D.C.
OCT 31 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON DEFENDANT'S PETITION FOR ADMITTANCE PRO HAC VICE

This cause came for consideration without oral argument on the following petition filed herein:

PETITION: PETITION FOR ADMITTANCE PRO HAC VICE

FILED: SEPTEMBER 19, 2000

---

**THEREON** it is **ORDERED** that the petition is **GRANTED**.

**DONE AND ORDERED** in chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this 30th day of October, 2000.

_____
HON. DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

1

## ~~CERTIFICATE OF~~ SERVICE LIST

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Mark E. NeJame, One South Orange Avenue, Suite 304, Orlando, Florida 32801, Office of the United States Attorney, 500 E. Broward Blvd., 7th floor, Ft. Lauderdale, Florida 33394, and to Richard Docobo, 1101 Brickell Avenue, Ste. 1801, Miami, Florida 33131; this ___ day of October, 2000.

_____
Judicial Assistant