# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: _11/02/2000___   TIME: _10:00 AM_

DEFT. ___AHMAD ALMASRI___ (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC
    (Arabic Interp. Ord'd-10/27/00)

AUSA. ___LAURENCE BARDFELD___   ATTY. MARK NEJAME (RETAINED) *co-counsel for*

AGENT. ___DEA___   VIOL. ___21:841(d)(2), 846___

PROCEEDING ___UNOPPOSED MOTION TO MODIFY
CONDITIONS OF RELEASE___   BOND. ___$50,000 10% CASH___

DISPOSITION Motion hearing held
Deft present with co-counsel for atty
NeJame
Defense presents arguments.
Gov't does not object.
Deft promise not to abscound.
Court grants motion for Deft to be released
from electronic monitoring & home detention.

DATE: _11-2-00_   TAPE: _AEV00-81-155_