UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

CASE NUMBER: 0:00-6211-Cr-Hurley/Vitunac

AHMED ALMASRI,

    Defendant.
_____/

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

**COMES NOW**, the Defendant, **AHMED ALMASRI**, by and through his undersigned attorney, and moves this Honorable Court for an Order releasing him from electronic monitoring and home detention in this cause and as grounds therefore would state:

1. That Defendant, **AHMED ALMASRI**, has appeared for all court proceedings.

2. That the special condition of electronic monitoring and home detention no longer serves any value or purpose.

3. That Assistant United States Attorney, Larry Bardfeld, has no objections to the granting of this Motion.

4. That Pretrial Services Officer, Pat Dennard, has no objections to the granting of this Motion.

**WHEREFORE**, the Defendant, **AHMED ALMASRI**, respectfully requests this Honorable Court for an Order releasing him from electronic monitoring and home detention for the above-stated reasons.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail delivery/facsimile to the Office of the United States Attorney, Larry Bardfeld, AUSA, 500 E. Broward Blvd., 7th floor, Ft. Lauderdale, Florida 33394 and to Pretrial Services, Pat Dennard, 500 Zack Street, Ste. 301, Tampa, Florida 33602; this 25th day of October, 2000.

Mark E. NeJame, Esquire
**Law Office of Mark E. NeJame, P.A.**
One South Orange Avenue, Suite 304
Orlando, Florida 32801
(407) 245-1232
Attorney for Defendant
Florida Bar No: 310931

FAX 407-245-2980