## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO: 0:00-6211-Cr-Hurley/Vitunac

AHMED ALSMASRI,

    Defendant.

_____/

### ORDER ON DEFENDANT'S UNOPPOSED
### MOTION TO MODIFY CONDITION OF RELEASE

This cause coming on to be heard on the ___ day of October, 2000, upon the Defendant's Unopposed Motion to Modify Conditions of Release and the court having reviewed the Motion, having reviewed the court file and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Modify Condition of Release is hereby **GRANTED** and the Defendant shall be immeditaely released off of electronic monitoring and home detention.

**DENIED**

**DONE AND ORDERED** in chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this 2 day of ~~October,~~ 2000.

HON.  ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Mark E. NeJame, One South Orange Avenue, Suite 304, Orlando, Florida 32801, Office of the United States Attorney, 500 E. Broward Blvd., 7th floor, Ft. Lauderdale, Florida 33394 and to Pretrial Services, Pat Dennard, 500 Zack Street, Ste. 301, Tampa, Florida 33602; this ___ day of October, 2000.

_____
Judicial Assistant