# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 03/14/2001  TIME: 10:00 AM

DEFT. AHMAD ALMASRI ✓ (B)  CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd-3/7/01) ✓

CHRISTOPHER GINA STANDING IN for atty NeJame

AUSA. LAURENCE BARDFELD ✓  ATTY. MARK NEJAME (RETAINED)

AGENT. DEA  VIOL. 21:841(a)(1) & 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT  BOND. $50,000 ~~GSB~~ 10%

DISPOSITION

Deft present with atty. Gina, standing in for atty NeJame. Atty. Gina has no knowledge of Court issues. AUSA states he will not call this deft to testify against his wife.

Court will not allow atty. NeJame to represent either deffs (Ahmad & Nadia Almasri). Both deffs must retain separate counsel.

Court gives this deft 1 week to retain new counsel. Court sets Status re Counsel & Arraignment on S/Indictment set for ~~Monday~~ Friday, 3-16-01 @ 9:30 am before Judge Vitunac.

DATE: 3-14-01  TAPE: AV 01-16-2327