# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/16/2001   TIME: 9:30 AM

DEFT. AHMAD ALMASRI (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd-3/14/01)
Eric Barker for Atty. NeJame
AUSA. LAURENCE BARDFELD   ATTY. HOWARD GREITZER, CJA

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: STATUS RE COUNSEL AND ARRAIGNMENT ON S/INDICTMENT   BOND. $50,000 CSB 10%

DISPOSITION: Status Re Counsel & Arraignment held. Deft present - sworn/Hrt. Atty. Eric Barker present for atty NeJame & present arguments as to certain issues & fees. Court orders atty. NeJame to file under seal within 5 days - a written official notice to reflect how much money will be given back to deft. Court questions deft & appoints CJA Counsel. If money is given back to deft, he has option to retain private counsel, however if he keeps CJA Counsel, monies will be ~~taxed~~ paid into CJA fund. Deft states he will hire 2 new counsel for himself & his wife. CJA Counsel remains until motion is made to substitute new counsel.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Signed & distributed. Status fix 4-16-01 @ 9:30 AM - Judge Vitunac

Defense moves to adopt all previously filed motions - Granted

DATE: 3-16-01   TAPE: AEV 01-17-958

Atty. NeJame to provide files to atty. Greitzer