UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AHMAD ALMASRI,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET



The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on MARCH 16, 2001, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: ON BOND

    Telephone no.: _____

**DEFENSE COUNSEL:**    Name: HOWARD GREITZER

    Address: 600 N.E. THIRD AVENUE

    FORT LAUDERDALE, FLORIDA 33304

    Telephone no.: (954) 467-8700

BOND/////CONTINUED: $ 50,000 10%

BOND/PTD hrg held: YES _____ NO ___ BOND/PTD hrg set for _____

Dated this 16 day of MARCH, 2001.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service