UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NUMBER 00-6211-CR-HURLEY
                            Magistrate Judge Vitunac
    Plaintiff,

vs.

AHMAD ALMASRI,

    Defendant.
_____/

### DEFENSE COUNSEL'S NOTICE OF UNAVAILABILITY

COMES NOW defense counsel, HOWARD L. GREITZER, and respectfully notifies the Court that he will be out of the State of Florida and unavailable for hearings, depositions or other proceedings in this matter from April 9, 2001 through April 13, 2001.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 20TH day of March, 2001 to Laurence M. Bardfeld, Assistant U.S. Attorney, 500 E Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33394-3002.

                                          LYONS AND SANDERS CHARTERED
                                          Counsel for Defendant
                                          600 NE Third Avenue
                                          Fort Lauderdale, FL 33304
                                          Telephone: (954)467-8700
                                          Facsimile: (954)763-4856

BY: _____
    HOWARD L. GREITZER
    FLORIDA BAR NO. 249505