UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO. 00-6211-CR-HURLEY

AHMAD ALMASRI,

    Defendant.
_____/

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that F. WESLEY BLANKNER, JR., Attorney at Law, 217 East Ivanhoe Boulevard, North, Orlando, Florida 32804, telephone number (407) 894-0341, now appears in this cause as counsel for the above-named Defendant, AHMAD ALMASRI.

DATED this _____ day of April, 2001.

                                          _____
                                          F. WESLEY BLANKNER, JR., ESQUIRE
                                          Florida Bar No. 241784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy of the foregoing Motion has been furnished by U.S. Mail/Hand Delivery to Howard Greitzer, Esquire, 600 NE 3rd Avenue, Fort Lauderdale, FL 33304 and Office of the United States Attorney, Federal Building 701 Clematis Street, West Palm Beach, Florida , Fred Haddad , Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33394, Glenn Seiden, Esquire, 33 North Dearborn Street, Suite 1015 Chicago, IL 60602, Richard Hamer, Esquire, 2437 Briar crest Road, Beverly Hills, CA 90210, Randee Golder, Esquire, P.O. Box 3756 Boynton Beach, FL 33424, John Howes, Esquires, 633 SE 3rd Avenue, Suite 4-F, P.O Box 697, Ft. Lauderdale, FL 33802, Paul Goodman, Esquire, 33 North Dearborn Street, Suite1015, Chicago, IL,60602, Tim Biosello, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL, 60602 and Charles White, Esquire, 2250 SW 3rd Avenue Suite 150, Miami, FL 33129 , on this _____ day of April, 2001.

F. WESLEY BLANKNER
Jaeger & Blankner
217 E. Ivanhoe Blvd, N
Orlando, Florida 32804
Florida Bar No. 181439