UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. CR00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AHMAD ALMASRI,

    Defendant.
_____/

NIGHT BOX
FILED

APR 0 4 2001

CLERK, USDC / SDFL / WPB

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Defendant, AHMAD ALMASRI, and agrees to stipulate to the withdrawal of Howard Greitzer, Lyons and Sander 600 NE 3rd Avenue, Fort Lauderdale, Florida 33304, in this cause and respectfully requests that F. Wesley Blankner, Jr., be substituted as counsel of record herein and requests the Court to enter its attached Order discharging Howard Greitzer, Esquire, as counsel of record herein and recognizing F. Wesley Blankner, Jr., Esquire, as counsel of record in all further proceedings.

_____
F. WESLEY BLANKNER, JR.
Jaeger & Blankner
217 E. Ivanhoe Blvd, N
Orlando, FL 32804
Florida Bar No. 181439

_____
Howard Greitzer, Esquire
600 NE 3rd Avenue
Fort Lauderdale, Florida 33304
Florida Bar No. 249505

_____
AHMAD ALMASRI
Defendant

JAEGER & BLANKNER
ATTORNEYS AT LAW
217 EAST IVANHOE BLVD. NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy of the foregoing Motion has been furnished by U.S. Mail/Hand Delivery to Howard Greitzer, Esquire, 600 NE 3rd Avenue, Fort Lauderdale, FL 33304 and Office of the United States Attorney, Federal Building 701 Clematis Street, West Palm Beach, Florida , Fred Haddad , Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33394, Glenn Seiden, Esquire, 33 North Dearborn Street, Suite 1015 Chicago, IL 60602, Richard Hamer, Esquire,2437 Briar crest Road, Beverly Hills, CA 90210, Randee Golder, Esquire, P.O. Box 3756 Boynton Beach, FL 33424, John Howes, Esquires, 633 SE 3rd Avenue, Suite 4-F, P.O Box 697, Ft. Lauderdale, FL 33802, Paul Goodman, Esquire, 33 North Dearborn Street, Suite1015, Chicago, IL,60602, Tim Biosello, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL, 60602 and Charles White, Esquire, 2250 SW 3rd Avenue Suite 150, Miami, FL 33129 , on this _____ day of April, 2001.

F. Wesley Blankner
Jaeger & Blankner
217 E. Ivanhoe Blvd, N
Orlando, Florida 32804
Florida Bar No. 181439