NEJAME, L̲ARRINGTON & L̲ARKER, P.A.
One South Orange Avenue · Suite 304 · Orlando, Florida 32801
Tel. (407) 245-1232 · Fax. (407) 245-2980

March 21, 2001




Honorable Ann E. Vitunac
701 Clematis Street, Room 438
West Palm Beach, Florida 33401

Re: USA v. Ahmad and Nadia Almasri
Case No: 00-6211-Cr-Hurley/Vitunac

Dear Judge Vitunac:

I have been advised that you have ruled that it was in Ahmad and Nadia Almasri's best interest for my firm to be removed, as the attorney for either party, as you determined a conflict of interest was too possible. After our removal, I was further advised that you have requested that I provide you with a statement as to funds that I intend to refund.

Although both the government and I respectfully disagree with this Court's assessment of the situation I, of course, fully respect the Court's position and honor it. As such, I hope this letter satisfies your request.

Three (3) lawyers were recommended to Mr. Ahmad Almasri and four (4) different lawyers were recommended to Ms. Nadia Almasri. I have advised that they can hire any other lawyer of their choosing.

I have not given them a specific amount back, as a specific amount may not be sufficient to satisfy two (2) new attorneys, especially if a trial occurs. As such, I have agreed to refund or pay each of their new attorneys any reasonable fee they might request, including additional funds for a trial fee, if one in necessary. This assures each party new counsel, without any restriction on them, if they did not have sufficient fees. I feel a strong obligation and am prepared to assist them to whatever extent is necessary to secure representation of their choosing. I have met with them and they are very satisfied and appreciative of this solution.

Three Thousand Five Hundred Dollars ($3,500.00) will be paid to each attorney if a plea is entered. Ms. Almasri has chosen attorney Richard Docobo in Miami. He is filing a notice of appearance immediately and I Federal Expressed him Thirty-five Hundred Dollars ($3,500.00) yesterday as an initial retainer. If a motion to suppress is filed and heard the fee will increase to Seven Thousand Five Hundred Dollars ($7,500.00), which I will pay. Mr. Ahmad Almasri has selected attorney Wesley Blankner of Orlando as his counsel. Mr. Blankner also has requested Thirty-five Hundred Dollars ($3,500.00) to file his notice of appearance, and I am sending this to him on Friday. He will receive an additional Twenty-five Hundred Dollars ($2,500.00) from me if the plea agreement that was negotiated is materially changed through



renegotiations. One Thousand Two Hundred Dollars ($1,200.00) a day per lawyer will be provided by me for each day each may find themselves in trial. Moreover, I am refunding the Almasri's an additional Five Thousand Dollars ($5,000.00). as they have endured significant cost and hardship from this situation

Lastly, considerable time has been put in this case by several lawyers and a research assistant in our firm. A Motion to Suppress has been prepared, a plea agreement negotiated, and hours of meetings have occurred in two (2) counties. Moreover, we have not received or requested any reimbursement for the considerable costs expended on their behalf. I offer this, as my partner Eric Barker, told me that you inquired.

I am copying the government, Mr. and Ms. Almasri, as well as Mr. Docobo and Mr. Blankner to further confirm the contents of this letter. Hopefully, this provides adequate assurances to this Court's request.

Very truly yours,

Mark E. NeJame

MEN/am

Cc: Ahmad and Nadia Almasri
Richard Docobo, Esquire
Wesley Blankner, Esquire
Lawrence Bardfeld, AUSA

8

100

**Fed** USA Airbill FedEx Tracking Number 8219 5389 2549

Form I.D. No. 0215

**1** Date FedEx Tracking Number 821953892549

Sender's Name Phone

Company

Address Dept./Floor/Suite/Room

City State ZIP

**2**

**3** Recipient's Name Phone

Company

Address
To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

City State ZIP

8219 5389 2549

**4a**

FedEx Priority Overnight
FedEx Standard Overnight
Next business afternoon
FedEx 2Day*
Second business day
FedEx Express Saver*
Third business day

**4b** *Packages over 150 lbs.*
Delivery commitment may be later in some areas.

FedEx 1Day Freight*
Next business day
FedEx 2Day Freight
Second business day
FedEx 3Day Freight
Third business day

**5**
FedEx Envelope/Letter*
FedEx Pak*
Other Pkg
* Declared value limit $500

**6**
**SATURDAY Delivery**
**SUNDAY Delivery**
**HOLD Weekday** at FedEx Location
Not available with FedEx First Overnight
**HOLD Saturday** at FedEx Location

**Does this shipment contain dangerous goods?**
No
Yes As per attached Shipper's Declaration
Yes Shipper's Declaration not required
Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg
Cargo Aircraft Only

**7** *Bill to:*
Sender
Recipient
Third Party
Credit Card
Cash/Check

**Total Packages** **Total Weight** **Total Charges**

Credit Card Auth.

Our liability is limited to $100 unless you declare a higher value. See the *FedEx Service Guide* for details.

**8**

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.
**Questions? Call 1·800·Go·FedEx** (800-463-3339)
**Visit our Web site at www.fedex.com**

402


