# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    **Plaintiff,**

v.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
RABAH EL HADDAD,
MOHAMMED SAMHAN,
    **Defendants.**

-------------------------------------------/



FILED by _____ D.C.

**MAY 3 0 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER SETTING STATUS CONFERENCE

**THIS MATTER** come before the court *sua sponte.*  It is

**ORDERED** and **ADJUDGED** that:

1.  Counsel representing the parties shall attend a status conference on **Tuesday, June 5, 2001, at 8:45 a.m.** at the U.S. Courthouse, Courtroom 5, West Palm Beach, FL.

2.  If arrangements are made at least 48 hours in advance with the Courtroom Deputy (561/803-3452), out-of-town counsel may attend the status conference by general conference call.

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida this __29 th__ day of May, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**

AUSA Laurence M. Bardfeld

Fred Haddad, Esq.

Glenn Seiden, Esq.

Jack Goldberger, Esq.

F Wesley Blankner, Esq.

Richard Docobo, Esq.

Charles White, Esq.

Paul Goodman, Esq.

Timothy Biasiello, Esq.

John R. Howes, Esq.

Richard A. Hamar, Esq.