# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/13/2001   TIME: ~~9:30 AM~~ 11:00 AM

DEFT. AHMAD ALMASRI (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd)

AUSA. THOMAS O'MALLEY   ATTY. Atty. Dobosco for FRANCIS BLANKNER (RETAINED)

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING  STATUS CONFERENCE   BOND. $50,000 10%

DISPOSITION  Status held

Deft present

Atty. Dobosco standing in for Atty. Blankner.

No Interp. available

Possible Plea

No pending motions

DATE: 9-13-01   TAPE: AV 01-68-240