UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

vs.     CASE NO. 00-6211-CR-HURLEY

AHMAD ALMASRI,

    Defendant.
_____/

TO:    Office of the United States Attorney
       Federal Building
       701 Clematis Street
       West Palm Beach, Florida

PLEASE TAKE NOTICE that on the **21th day of February, 2002 at 2:30 p.m.**, or as soon as thereafter as counsel can be heard, before **Judge Hurley,** the undersigned will bring on to be heard the following:

**PLEA OF THE DEFENDANT**

at the West Palm Beach Courthouse, West Palm Beach, Florida.

PLEASE GOVERN YOURSELF ACCORDINGLY.

RESPECTFULLY SUBMITTED this 28th day of January, 2002.

JAEGER & BLANKNER
ATTORNEYS AT LAW
17 EAST IVANHOE BLVD. NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true copy of the foregoing Plea has been furnished by U.S. Mail/Hand Delivery to Howard Greitzer, Esquire, 600 NE 3rd Avenue, Fort Lauderdale, FL 33304 and Office of the United States Attorney, Federal Building 701 Clematis Street, West Palm Beach, Florida , Fred Haddad , Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, FL 33394, Glenn Seiden, Esquire, 33 North Dearborn Street, Suite 1015 Chicago, IL 60602, Richard Hamer, Esquire, 2437 Briarcrest Road, Beverly Hills, CA 90210, Randee Golder, Esquire, P.O. Box 3756 Boynton Beach, FL 33424, John Howes, Esquires, 633 SE 3rd Avenue, Suite 4-F, P.O Box 697, Ft. Lauderdale, FL 33802, Paul Goodman, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL, 60602, Tim Biosello, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL, 60602 and Charles White, Esquire, 2250 SW 3rd Avenue Suite 150, Miami, FL 33129 , on this _____ day of January, 2002.

_____
F. WESLEY BLANKNER
Jaeger & Blankner
217 E. Ivanhoe Blvd, N
Orlando, Florida 32804
Florida Bar No. 181439

JAEGER & BLANKNER
ATTORNEYS AT LAW
17 EAST IVANHOE BLVD NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341