IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

NIGHT BOX
FILED

APR 12 2002

CLERK, USDC / SDFL

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. CR00-6211-CR-HURLEY

vs.

AHMAD ALMASRI,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE

COMES NOW, the Defendant, AHMAD ALMASRI, by and through the undersigned counsel, and moves this Honorable Court pursuant to Federal Rules of Criminal Procedure to enter an order rescheduling the sentencing in the above-styled cause. In support thereof we would show:

1. That AHMAD ALMASRI is currently set for sentencing on Friday, April 19, 2002 at 2:30 p.m.

2. That after detailed and extensive discussions with Ahmad Almasri concerning the presentence investigation, it is our contention that Mr. Almasri though clearly culpable for his actions of storing and moving a portion of the 678 boxes of pseudoephedrine which was received by Narog on April 25, 2000, he did <u>not</u>, as alleged in the presentence investigation report on page eight (8), pay any portion of $30,000 (thirty thousand) for any shipment.

3. It is our belief and contention that his involvement in this conspiracy lasted no longer than one (1) or two (2) days. His purpose in the conspiracy

JAEGER & BLANKNER
ATTORNEYS AT LAW
17 EAST IVANHOE BLVD. NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341



was to house the pseudoephedrine in his garage at his house and to accompany Rabei to Tampa to ship by Federal Express some of the pseudoephedrine to California.

    4. That for his involvement in providing a place to warehouse some of the pseudoephedrine, he was to receive $2,500.00 (two thousand five hundred). He never received any money whatsoever. (See page 14 of presentence report.)

    5. The purpose of the continuance is to obtain evidence and a witness to provide proof that Almasri never provided any money toward this conspiracy and that his involvement ended on his return from helping Rabei ship the pseudoephedrine from Tampa to California by Federal Express. He specifically demanded that the rest of the pseudoephedrine be removed from his residence permanently because he became concerned about the extensive nature of the criminal conspiracy. He simply wanted no further involvement in the matter.

    6. That proper proof and evidence of his minor role in this extensive conspiracy would greatly diminish his guideline calculation.

    7. That he would clearly be considered a minimal or minor participant in this conspiracy and subject to as much as a four (4) level reduction which we believe is appropriate.

    8. That he would be considered for a two (2) level reduction for "safety value" which we believe is appropriate.

    9. Finally, under the two thousand and one (2001) Federal Guidelines, an additional basis for a downward departure has been added for the Courts consideration §5K2.20 <u>Aberrant Behavior</u>. This section has several necessary

JAEGER & BLANKNER
ATTORNEYS AT LAW
17 EAST IVANHOE BLVD. NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341

requirements in order for the court to rely upon this section for downward departure.

10. That we have discussed our position with Assistant United State Attorney Thomas O'Malley. He has advised the undersigned that he has no objection to a continuance of the sentencing hearing to permit us time to gather more information and present evidence concerning our objections to the presentence report. Mr. O'Malley advised that he will be unavailable during the dates of June 3rd to June 7th, 2002 and from July 1st through July 5th, 2002.

11. That I have attached the unopposed motion to continue herein to the "Objections" position of my client which has been sent to the probation officer Patricia A. Borah.

WHEREFORE, the Defendant, AHMAD ALMASRI, by and through the undersigned attorney respectfully requests this Honorable Court to enter its order continuing the sentencing in the above-styled cause.

Respectfully submitted this _12_ day of April, 2002.

F. WESLEY BLANKNER, JR., ESQUIRE
Florida Bar No. 241784

JAEGER & BLANKNER
ATTORNEYS AT LAW
17 EAST IVANHOE BLVD. NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/Hand Delivery to the Office of the United States Attorney, Attention: Thomas O'Malley, Federal Building, 701 Clematis St., West Palm Beach, Florida 33401, this _12_ day of April, 2002.

F. WESLEY BLANKNER, JR., ESQUIRE
Florida Bar No. 241784
JAEGER & BLANKNER
217 E. Ivanhoe Blvd. North
Orlando, Florida 32804
(407) 894-0341