UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff,

v.

AHMAD ALMASRI,
  Defendant.
_____/



FILED by _____ D.C.
APR 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING HEARING

THIS CAUSE come before the court upon motion from counsel representing the above named defendant, to continue the sentencing hearing. Upon review, it is

**ORDERED** and **ADJUDGED** that:

1. The motion to continue is **granted**.

2. This matter is reset to **Friday, May 10, 2002, at 11:00 a.m.** in courtroom 5, of the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _18th_ day of April, 2002.

_____
Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Thomas O'Malley
Francis W. Blankner, Sr., Esq.
United States Probation Office (West Palm Beach, FL)