IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    CASE NO. CR00-6211-CR-HURLEY

AHMAD ALMASRI,

    Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE

COMES NOW, the Defendant, AHMAD ALMASRI, by and through the undersigned counsel, and moves this Honorable Court pursuant to Federal Rules of Criminal Procedure to enter an order rescheduling the sentencing in the above-styled cause. In support thereof we would show:

1. That AHMAD ALMASRI is currently set for sentencing on Friday, May 10, 2002 at 11:00 a.m.

2. That on May 7, 2002, the undersigned attorney was called to trial on a capital sexual battery charge in the case of State of Florida vs. Thomas Tischler, CR01-9351 here in Orange County before the Honorable Frederick J. Lauten. The case is expected to last through Thursday, May 9 with closing arguments beginning Friday, May 10, 2002.

3. That the undersigned attorney has had a difficult time in locating an essential witness for the sentencing in this matter, especially since preparing for and being in trial.

JAEGER & BLANKNER
ATTORNEYS AT LAW
17 EAST IVANHOE BLVD. NORTH
ORLANDO, FLORIDA 32804-6486
(407) 894-0341



4. That the undersigned attorney would also wish to inform the court for rescheduling purposes that AUSA Thomas O'Malley will be on vacation from June 1st through the 8th and June 30th through July 8th. Attorney F. Wesley Blankner will be away on May 16th and May 17th, and on vacation also from June 28th through July 8th.

5. That we have discussed our position with Assistant United State Attorney Thomas O'Malley. He has advised the undersigned that he has no objection to a continuance of the sentencing hearing

WHEREFORE, the Defendant, AHMAD ALMASRI, by and through the undersigned attorney respectfully requests this Honorable Court to enter its order continuing the sentencing in the above-styled cause.

Respectfully submitted this ___8___ day of May, 2002.

_____ FOR 0128902
F. WESLEY BLANKNER, JR., ESQUIRE
Florida Bar No. 241784

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/Hand Delivery to the Office of the United States Attorney, Attention: Thomas O'Malley, Federal Building, 701 Clematis St., West Palm Beach, Florida 33401, this ___8___ day of May, 2002.

_____ For 0128902
F. WESLEY BLANKNER, JR., ESQUIRE
Florida Bar No. 241784
JAEGER & BLANKNER
217 E. Ivanhoe Blvd. North
Orlando, Florida 32804
(407) 894-0341