UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

AHMAD ALMASRI,
    Defendant.
_____/



FILED by _____ D.C.
JUN 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE RESETTING HEARING

    **TAKE NOTICE** that, by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing in the above cited case has been reset to **Wednesday, August 28, 2002, at 8:30 a.m.** before the Honorable Daniel T. K. Hurley at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

    **DATED THIS** 25th day of June, 2002.

**copy furnished:**
AUSA Thomas O'Malley
Francis W. Blankner, Sr., Esq.
United States Probation Office
United States Marshal Services

James E. Caldwell, Sr.
Courtroom Deputy

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts