

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO.: 00-6211-CR-Hurley

AHMAD ALMASRI,

    Defendant.
_____/

## MOTION FOR RETURN OF CASH BAIL

COMES NOW, SOUAD FATSI MOHAMMAD, widow of IBRAHIM S. MOHAMMAD, the Indemnitor of AHMAD ALMASRI, the Defendant in the above-styled cause, by and through the undersigned attorney and applies to this Honorable Court for return of the cash bail in this case. As grounds therefore states the following:

1. That on August 3, 2000, IBRAHIM S. MOHAMMAD posted cash bail in the amount of five thousand dollars ($5,000.00) on behalf of Defendant AHMAD ALMASRI.

2. That MR. ALMASRI's case has been completed with the Defendant receiving a prison sentence.

3. That the indemnitor, MR. MOHAMMAD, is deceased (a copy of the death certificate is enclosed herein as Exhibit "A").

4. That the wife of Mr. Mohammed and moveant in the above motion, is seeking the return of said cash bail. (A copy of said marriage record is enclosed herein as Exhibit "B").



WHEREFORE, it is prayed that this Honorable Court issue an Order allowing Ms. FATSI MOHAMMAD to collect the five thousand dollar ($5,000.00) cash bail.

*[signature]*
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida  33609
(813) 877-6970
Attorney for Surety
Florida Bar Number 229733

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the OFFICE OF THE UNITED STATES ATTORNEY, 99 N.E. 4th Street, Miami, Florida 33132 by hand delivery/U.S. Mail, on the 17th day of December, 2002.

*[signature]*
DANIEL M. HERNANDEZ, ESQUIRE

# TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | Ibrahim S. Mohammad |
| 2. SEX | Male |
| 3. DATE OF DEATH | January 16, 2002 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-LAST BIRTHDAY (Years) | 39 |
| 6. DATE OF BIRTH | Mar 2, 1962 |
| 7. BIRTHPLACE | Jerosalem, Palestine |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 9a. PLACE OF DEATH | ER/Outpatient |
| 9b. FACILITY NAME | Erlanger Medical Center |
| 9c. CITY, TOWN, OR LOCATION OF DEATH | Chattanooga |
| 9d. COUNTY OF DEATH | Hamilton |
| 10. MARITAL STATUS | Married |
| 11. SURVIVING SPOUSE | Sluad Fatsi |
| 12a. DECEDENT'S USUAL OCCUPATION | Self-Employed |
| 12b. KIND OF BUSINESS | food industry |
| 13a. RESIDENCE-STATE | Tennessee |
| 13b. COUNTY | Hamilton |
| 13c. CITY, TOWN OR LOCATION | Chattanooga |
| 13d. STREET AND NUMBER | 1185 Mtn Crk Rd #301 |
| 13e. INSIDE CITY LIMITS? | Yes |
| 13f. ZIP CODE | 37415 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN? | No |
| 15. RACE | Palestinian |
| 16. DECEDENT'S EDUCATION | 12th |
| 17. FATHER'S NAME | Yonis Shehadaa |
| 18. MOTHER'S NAME | Jalila Awadalla |
| 19a. INFORMANT'S NAME | Sluad Mohammad |
| 19b. RELATIONSHIP TO DECEASED | Wife |
| 19c. MAILING ADDRESS | 1185 Mtn Crk Road #301, Chattanooga, TN 37415 |
| 20a. METHOD OF DISPOSITION | Burial |
| 20b. PLACE OF DISPOSITION | Sunset Memory Gardens |
| 20c. LOCATION | Phonotosassa, FL |
| 21a. SIGNATURE OF FUNERAL DIRECTOR | Jacqueline R. Taylor |
| 21b. LICENSE NUMBER OF FUNERAL DIRECTOR | 5221 |
| 21c. SIGNATURE OF EMBALMER | John R. Taylor, Sr. |
| 21d. LICENSE NUMBER OF EMBALMER | 4017 |
| 22a. NAME AND ADDRESS OF FUNERAL HOME | Taylor Funeral Home of Chattanooga, Inc. 3417 Wilcox Boulevard, Chattanooga, TN 37411 |
| 22b. LICENSE NUMBER OF FUNERAL HOME | 0952 |
| 23. REGISTRAR'S SIGNATURE | [signed] M. McAllister |
| 24. DATE FILED | January 31, 2002 |
| 26b. LICENSE NUMBER | MD35536 |
| 26c. DATE SIGNED | 01/30/02 |
| 27. NAME AND ADDRESS OF CERTIFIER | Stanton C. Kessler, M.D., 3202 Amnicola Hwy., Chattanooga, TN 37406 |
| 28. PART I. IMMEDIATE CAUSE | a. Multiple Gunshot Wounds of the Back and Chest |
| 29a. WAS AN AUTOPSY PERFORMED? | Yes |
| 29b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? | Yes |
| 30. MANNER OF DEATH | Homicide |
| 31a. DATE OF INJURY | 01/16/02 |
| 31b. TIME OF INJURY | Unknown |
| 31c. INJURY AT WORK? | Yes |
| 31d. DESCRIBE HOW INJURY OCCURRED | Shot by another person(s) |
| 31e. PLACE OF INJURY | Store |
| 31f. LOCATION | 2107 McCallie Avenue, Chatt., TN |

PH-1659 REV. 2-93

A

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY FILED WITH THE OFFICE OF VITAL RECORDS, TENNESSEE DEPARTMENT OF HEALTH BY THE CHATTANOOGA-HAMILTON COUNTY HEALTH DEPARTMENT.

THIS IS VALID ONLY WHEN THE EMBOSSED SEAL OF THE ISSUING LOCAL HEALTH DEPARTMENT IS AFFIXED.

DATE: JAN 31 2002    BY: [signature]