UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                              CASE NO.: 00-6211-CR-Hurley

AHMAD ALMASRI,

    Defendant.
_____/

FILED by ___ D.C.
JAN 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER ON MOTION FOR RETURN OF CASH BAIL**

THIS CAUSE having come before this Honorable Court, on the Indemnitor's Motion to for Return of Cash Bail, and this Court having been fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion is GRANTED. The Clerk, U. S. District Court shall return the cash bail of five thousand dollars ($5,000.00) and any accrued interest to the individual on the bond.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 27th day of January, 2003.

                                      DANIEL T. K. HURLEY
                                      U. S. District Judge

Copies furnished to:

DANIEL M. HERNANDEZ, ESQUIRE

OFFICE OF THE UNITED STATES ATTORNEY

SOUAD FATSI MOHAMMAD