IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-CR-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

v.

AHMAD ALMASRI,

   Defendant.
_____/

## MOTION FOR RETURN OF PROPERTY

Defendant, Ahmad Almasri, hereby moves the Court pursuant to the provisions of Fed.R.Crim.P., R. 41(g) for Return of Property, held and seized by the Government that was neither subject to order of forfeiture nor subject to be used as evidence in these proceeedings.

   The subject property consists of:
- Jordanian Passport of Ahmad Almasri;
- United States Passport of Ahmad Almasri;
- Jordanian Drivers License of Ahmad Almasri;
- Jordanian Social Security Card of Ahmad Almasri; and,
- Jordanian Army Service Certificate of Ahmad Almasri.

These items were not subject to forfeiture and were improperly seized without cause. Further, the Jordanian Army Service Certificate is identification that is issued to Jordanese that must be carried at all

times while in Jordan as exit from the Country is not allowed without the army certification.

Due to the fact that the Defendant is still incarcerated he would request that the items be sent to his counselor Mr. Raymond Stichler, Federal Prison Camp, P.O. Box 600, Eglin A.F.B., Florida 32542-0600 so that the items can be placed into the defendant's central file for storage until such time as he is released.

Should the Government also have any other personal property of the defendant wallets, jewelry etc., he would request release of this also; the defendant would request that the Court direct the Government to produce an inventory of all property obtained during the course of this investigation. In order to identify all other property it would be necessary for the defendant to review this with his wife which has been next to impossible due to the fact that she has returned with the children to her parents home in Jordan.

Thus, defendant would moves the Court to direct the Government supply an inventory of all personal property seized and be required to return the property that was not subject to seizure. If the property was seized without warrant and without cause defendant would also move that the Government in addition to the return of his property also be required to return any copies made of those items in their possession. A proposed Order is attached for review.

```
                              Respectfully submitted,

                              AHMAD ALMASRI
                              Reg. No. 39191-018
                              Federal Prison Camp
                              P.O. Box 600
                              Eglin A.F.B., FL. 32542-0600
```

Dated: 9-3-04

_____
AHMAD ALMASRI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Return of Property by U.S. Mail postage prepaid first class to Office of the U.S. Attorney, Thomas O'Malley, AUSA, 99 N.E. Fourth Street, Miami, FL. 33132 on this 3rd day of September, 2004.

_____
AHMAD ALMASRI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-CR-6211-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

   Plaintiff,

v.

AHMAD ALMASRI,

   Defendant.
_____/

## ORDER DIRECTING GOVERNMENT TO RESPOND

THIS CAUSE is before the Court upon motion of the defense for return of property pursuant to Fed.R.Civ.P.,R.41(g). Defendant request an inventory of property seized by the Government and return specifically of his Jordanian Passport, Drivers License, Social Security Card, and Certificate of Army Service as well as his U.S. Passport. Defendant requests these identification documents be sent to Mr. Raymond Stichler, Counselor, Federal Prison Camp, P.O. Box 600, Eglin A.F.B., FL. 32542-0600 for placement in the Central File for release. After having carefully considered the premises herein it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Return of Property shall be answered by the Government within forty five (45) days hereof.

It is further **ORDERED** that the Government shall supply a complete list of all property seized as a result of the investigation in this matter along with a listing of where the property is stored and in whose possession as custodian.

**DONE AND ORDERED** at West Palm Beach, Florida on this _____ day of September, 2004.

```
                                    _____
                                    DANIEL T.K. HURLEY
                                    UNITED STATES DISTRICT JUDGE
```

Copies to:    Thomas O'Malley, AUSA
              Ahmad Almasri, pro se