UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff,

vs.

AHMAD ALMASRI,
  Defendant.
_____/



FILED by _____ D.C.
OCT - 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER REQUIRING RESPONSE

THIS CAUSE come before the court upon *pro se* motion to amend the presentence investigation report and for return of property. Upon review, it is

**ORDERED** and **ADJUDGED** that:

Counsel representing the plaintiff, United States of America shall file, within ten (10) days from the date of this order, a response to defendant's motion.

DONE and SIGNED in Chambers at West Palm Beach, Florida this ____ day of October, 2004.

**copy furnished**:
AUSA Thomas O'Malley

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://us.geocities.com/uscts