# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

AHMAD ALMASRI,
    Defendant.

----------------------------------------------/

FILED by _____ D.C.

MAY - 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE is before the court upon receipt of a report from the clerk indicating that the defendant's motion for return of property, (DE# 722-1), filed September 15, 2004, remain pending. Upon consideration, it is

ORDERED and ADJUDGED that the motion is denied as moot and the clerk is directed to remove this motion form the pending motions list.

DONE and SIGNED in Chambers at West Palm Beach, Florida this __1st__ day of May, 2006.

Daniel T. K. Hurley
United States District Judge

790/RB